WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

▅▅▅▅▅▅

(No. 75-CC-238—)

EARLEY BUTLER, JR., M.D., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 4, 1974.*

EARLEY BUTLER, JR., M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

▅▅▅▅▅▅

(No. 75-CC-241—)

SUNNYSIDE DODGE Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICE, Respondent.

*Opinion filed December 4, 1974.*

SUNNYSIDE DODGE Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.